RECEIVED
JUL 1 9 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-CR-097 |
| v. | INDICTMENT |
| THOMAS CLARENCE SIEREN, | T. 18 U.S.C. § 1014 |
| | T. 18 U.S.C. § 1344(1) |
| Defendant. | T. 18 U.S.C. § 1344(2) |
| | T. 26 U.S.C. § 7202 |

**THE GRAND JURY CHARGES:**

<u>COUNTS 1-20</u>
**(Failure to Collect, Account for, and Pay Over Trust Fund Taxes)**

At all times relevant to this Indictment:

1. Defendant THOMAS CLARENCE SIEREN resided in the Southern District of Iowa.

2. TCS Fabricating, Inc., was a corporation doing business in the Southern District of Iowa.

3. Defendant THOMAS CLARENCE SIEREN was the Vice President of TCS Fabricating, Inc., and exercised control over its day-to-day operations and financial affairs.

4. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

## Employment Tax Withholding

5. Pursuant to the Internal Revenue Code and associated statutes and regulations, employers are required to withhold amounts from their employees' gross pay including Federal Insurance Contribution Act ("FICA") taxes, which represent Social Security and Medicare taxes, and federal income taxes. These taxes will be referred to in this Indictment collectively as "trust fund taxes" because employers hold the withheld amounts in trust until paid over to the United States. Employers are required to remit these withheld, trust fund amounts to the IRS.

6. In addition to the trust fund taxes that must be withheld from pay, employers are separately required to make contributions under FICA for Social Security and Medicare in amounts matching the amounts withheld from their employees' pay for those purposes. Such employer contributions are likewise required to be remitted to the IRS. Collectively, these five components required to be remitted quarterly are commonly referred to as "employment taxes," made up of the trust fund taxes withheld (individual income, Social Security and Medicare taxes) and the matching amounts contributed by the employer to Social Security and Medicare.

7. Employers are required to file, one month after the conclusion of the calendar quarter, an Employer's Quarterly Federal Tax Return, Form 941 ("Form 941"), setting forth the total amount of income taxes withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits.

8. A person is responsible for collecting, accounting for, and paying over an employer's employment taxes if the person has the authority required to exercise

significant control over the employer's financial affairs, regardless of whether the individual exercised such control in fact.

9. Defendant THOMAS CLARENCE SIEREN exercised control over TCS Fabricating, Inc.'s financial affairs by, among other acts, approving payments, signing checks, controlling bank accounts, and communicating with the corporation's outside tax professionals; thus, he was a responsible person for collecting trust fund taxes, accounting for the employment taxes by filing Forms 941 with the IRS, and paying over to the IRS the employment taxes for TCS Fabricating, Inc.'s employees.

## Statutory Allegations

10. Paragraphs 1 through 9 of this Indictment are re-alleged as if fully set forth herein.

11. Defendant THOMAS CLARENCE SIEREN was a person required to collect, account for on quarterly Forms 941, and pay over to the IRS on behalf of TCS Fabricating, Inc., the trust fund taxes imposed on its employees by the Internal Revenue Code.

On or about the dates listed below, for each of the calendar quarters listed below, in the Southern District of Iowa, Defendant THOMAS CLARENCE SIEREN, did willfully fail to collect, truthfully account for, and pay over, the trust fund taxes due and owing to the IRS in the approximate amounts set forth below on behalf of the employees of TCS Fabricating, Inc.

| Count | Calendar Quarter Ending | Due Date of Form 941 | Trust Fund Taxes Due and Owing |
|---|---|---|---|
| 1 | March 31, 2016 | April 30, 2016 | 9,965.69 |
| 2 | June 30, 2016 | July 31, 2016 | 12,092.11 |
| 3 | September 30, 2016 | October 31, 2016 | 22,037.33 |
| 4 | December 31, 2016 | January 31, 2017 | 23,054.05 |
| 5 | March 31, 2017 | April 30, 2017 | 13,690.62 |
| 6 | June 30, 2017 | July 31, 2017 | 25,043.92 |
| 7 | September 30, 2017 | October 31, 2017 | 20,727.93 |
| 8 | December 31, 2017 | January 31, 2018 | 25,496.86 |
| 9 | March 31, 2018 | April 30, 2018 | 24,732.80 |
| 10 | June 30, 2018 | July 31, 2018 | 18,326.94 |
| 11 | September 30, 2018 | October 31, 2018 | 20,102.27 |
| 12 | December 31, 2018 | January 31, 2019 | 14,066.05 |
| 13 | March 31, 2019 | April 30, 2019 | 16,378.21 |
| 14 | June 30, 2019 | July 31, 2019 | 21,725.17 |
| 15 | September 30, 2019 | October 31, 2019 | 33,387.20 |
| 16 | December 31, 2019 | January 31, 2020 | 28,846.22 |
| 17 | March 31, 2020 | April 30, 2020 | 24,030.54 |
| 18 | June 30, 2020 | July 31, 2020 | 26,600.31 |
| 19 | September 30, 2020 | October 31, 2020 | 34,000.31 |
| 20 | December 31, 2020 | January 31, 2021 | 29,619.56 |

Each of the above counts is a violation of Title 26, United States Code, Section 7202.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 21
## (Bank Fraud)

On or about April 16, 2020, in the Southern District of Iowa, the defendant, THOMAS CLARENCE SIEREN, did knowingly execute and attempt to execute a scheme and artifice to defraud County Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, by employing material falsehoods, concealing material facts, and omitting material facts, and to obtain moneys, funds, credits, assets and other property owned by, and under the custody and control of, County Bank, by means of materially false and fraudulent pretenses, representations, and promises, in that the defendant, THOMAS CLARENCE SIEREN, submitted to County Bank a Paycheck Protection Program Borrower Application Form on behalf of TCS Fabricating, Inc., which falsely represented that TCS Fabricating, Inc. had employees for which it paid payroll taxes, and which provided supporting documentation that included completed federal tax forms, such as Forms 941 and W-3 for the calendar year 2019, which had not in fact been submitted to the Internal Revenue Service.

This is a violation of Title 18, United States Code, Section 1344(1) and (2).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 22**</u>
**(False Statements to a Financial Institution)**

On or about April 16, 2020, in the Southern District of Iowa, the defendant, THOMAS CLARENCE SIEREN, did knowingly make a false statement for the purpose of influencing the action of County Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, in connection with an application and loan, that is, a Paycheck Protection Program Borrower Application Form, in that the defendant, THOMAS CLARENCE SIEREN, stated that TCS Fabricating, Inc. had employees for whom it paid federal payroll taxes, when, as the defendant, THOMAS CLARENCE SIEREN, then and there well knew and believed, TCS Fabricating, Inc. had not paid its employees federal payroll taxes.

This is a violation of Title 18, United States Code, Section 1014.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 23
### (Bank Fraud)

On or about February 12, 2021, in the Southern District of Iowa, the defendant, THOMAS CLARENCE SIEREN, did knowingly execute and attempt to execute a scheme and artifice to defraud County Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, by employing material falsehoods, concealing material facts, and omitting material facts, and to obtain moneys, funds, credits, assets and other property owned by, and under the custody and control of, County Bank, by means of materially false and fraudulent pretenses, representations, and promises, in that defendant, THOMAS CLARENCE SIEREN, submitted to County Bank a Paycheck Protection Program Second Draw Borrower Application Form on behalf of TCS Fabricating, Inc., which represented that TCS Fabricating, Inc. had employees for which it paid payroll taxes.

This is a violation of Title 18, United States Code, Section 1344(1) and (2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 24
### (False Statements to a Financial Institution)

On or about February 12, 2021, in the Southern District of Iowa, the defendant, THOMAS CLARENCE SIEREN, did knowingly make a false statement for the purpose of influencing the action of County Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, in connection with an application and loan, that is, a Paycheck Protection Program Borrower Application Form, in that the defendant, THOMAS CLARENCE SIEREN, stated that TCS Fabricating, Inc. had employees for whom it paid federal payroll taxes, when, as the defendant, THOMAS CLARENCE SIEREN, then and there well knew and believed, TCS Fabricating, Inc. had not paid its employees federal payroll taxes.

This is a violation of Title 18, United States Code, Section 1014.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: *[signature]*
Kyle J. Essley
Andrew H. Kahl
Assistant United States Attorneys